JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUTURE TEXTILE, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>FINESSE APPAREL, INC., a California Corporation; JUNG HWAN HAN, an individual; CHRIS HAN aka CHRISTOPHER HAN, an individual; D&H SOLUTIONS, LLC d/b/a DH STYLES, LLC, an Arkansas Limited Liability Company; DAVID L. NGUYEN, an individual; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 2:16-cv-02591-AB-JPR<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Honorable André Birotte Jr.**<br>**United States District Judge**<br><br>**Honorable Jean P. Rosenbluth**<br>**United States Magistrate Judge** |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Court's Order to Show Cause, is hereby discharged.

Dated: August 3, 2016      _____

　　　　　　　　　　　　　　　Honorable André Birotte Jr.
　　　　　　　　　　　　　　　United States District Court Judge